# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2020 KW 0608

VERSUS

CHARLIE DIONEL KELLY, JR.                          **SEPTEMBER 14, 2020**

---

In Re:     State of Louisiana, applying for supervisory writs,
           16th Judicial District Court, Parish of St. Mary, No.
           19-204466.

---

**BEFORE:     McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

    **WRIT DENIED.** Any ruling concerning the manner in which the
suppression hearing will be conducted is premature.


                              **PMc**
                              **GH**


    **Welch, J.,** concurs and would deny the writ application.


COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
             FOR THE COURT